UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| RANDY BROCKWELL, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | Nos.: 2:09-CR-031-RLJ-22; 2:15-CV-087-RLJ |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

**O R D E R**

In accordance with the accompanying Memorandum Opinion, this now-former federal prisoner's pro se motion to vacate, set aside or correct sentence, brought pursuant to 28 U.S.C. § 2255, is **DISMISSED** for want of jurisdiction. Because reasonable jurists could not debate whether the Court should have disposed of the motion differently or that the issues offered in the motion were adequate to deserve encouragement to proceed further, *see Miller–El v. Cockrell*, 537 U.S. 322, 336 (2003), the Court **DENIES** a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ Debra C. Poplin
CLERK OF COURT